

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00211-CV

———————————————

IN RE PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Relator

---

Original Proceeding
County Court at Law No. 2 of Tarrant County, Texas
Trial Court No. 2024-004494-2 and 2025-002369-2

---

Before Womack, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Mandamus and Emergency Motion for Temporary Relief," as well as the trial court's "Order Granting Defendant's Motion to Quash Deposition Notices and Motion for Protective Order" and "Order Granting Defendant's Motion to Sever and Abate," and is of the opinion that relief should be denied in this original proceeding. Accordingly, relator's "Petition for Writ of Mandamus and Emergency Motion for Temporary Relief" are denied as moot. The stay of all trial court proceedings that we issued on May 9, 2025, and partially lifted on May 21, 2025, is hereby lifted in all respects.

Per Curiam

Delivered: May 28, 2025